UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:05-CR--0041 TSL JCS

DONALD BUTCHEE

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, DONALD BUTCHEE, without prejudice.

    DUNN LAMPTON
    United States Attorney

    /s/Dave Fulcher
By:    DAVE FULCHER
    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the indictment.

ORDERED this 19th day of December, 2006.

    /s/ Tom S. Lee
    HONORABLE TOM S. LEE
    UNITED STATES DISTRICT JUDGE